IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00142-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANIEL MAHU,

       Defendant.

_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

The defendant, DANIEL MAHU, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government.   The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rebecca Weber, AUSA
Email: Rebecca.Weber@usdoj.gov

Tim Neff, AUSA
Email: Tim.Neff@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Daniel Mahu            (via Mail)
Reg. No. 44682-013
c/o GEO Aurora Detention Center

s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant